```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 07881
   FRANK LEAL JR
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-1901


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/05/2006 and was confirmed 09/18/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was converted to chapter 7 after confirmation 10/31/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY           2594.33        167.77       2594.33
DISTRICT DIRECTOR         NOTICE ONLY       NOT FILED          .00           .00
DISTRICT DIRECTOR         NOTICE ONLY       NOT FILED          .00           .00
DISTRICT DIRECTOR         NOTICE ONLY       NOT FILED          .00           .00
ADRIANA MADRIGAL          NOTICE ONLY       NOT FILED          .00           .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER       302.75         38.47         54.59
BP/CITI                   UNSEC W/INTER     NOT FILED          .00           .00
CAVALARY PORYFOLIO SVCS   UNSEC W/INTER     NOT FILED          .00           .00
IL STATE DISBURSEMENT UN  DSO ARREARS         3625.25       120.31       3625.25
COLLECTION COMPANY OF AM  UNSEC W/INTER     NOT FILED          .00           .00
GEMB/WALMART              UNSEC W/INTER     NOT FILED          .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER       1246.63       150.75        251.30
PROFCRDSVS                UNSEC W/INTER     NOT FILED          .00           .00
WASHINGTON MUTUAL PROVID  UNSEC W/INTER     NOT FILED          .00           .00
WELLS FARGO AUTO FINANCE  SECURED NOT I     41227.01           .00           .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER        38.50           .00           .00
WELLS FARGO AUTO FINANCE  UNSEC W/INTER     16476.90        1993.11       3321.25
TIMOTHY K LIOU            ATTORNEY           2297.20           .00        2297.20
THOMAS W LYNCH            DEBTOR ATTY            .00                         .00
TOM VAUGHN                TRUSTEE                                        1,031.92
DEBTOR REFUND             REFUND                                           265.78

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                15,912.03

PRIORITY                                         6,219.58
    INTEREST                                       288.08
SECURED                                               .00
UNSECURED                                        3,627.14

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 07881 FRANK LEAL JR
```

```
    INTEREST                                              2,182.33
ADMINISTRATIVE                                            2,297.20
TRUSTEE COMPENSATION                                      1,031.92
DEBTOR REFUND                                               265.78
                                   ---------------    ---------------
TOTALS                                   15,912.03          15,912.03
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
   Dated: 01/27/09                _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE